**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

KENNETH CLARK PRUITT,

      Petitioner,

          v.

BRAD HOOKS,

      Respondent.

CV 114-120

**O R D E R**

Presently before the Court is Petitioner's Motion for Reconsideration (Doc. 28.) of this Court's February 25, 2015 Order (Doc. 27) denying his request to appeal in forma pauperis ("IFP") (Doc. 25).

On December 23, 2014, the Court denied Petitioner's § 2254 petition and closed this case. (Doc. 18.) At the same time, the Court determined that Petitioner was not entitled to appeal IFP because "an appeal would not be taken in good faith" under 28 U.S.C. § 1915(a)(3). (Id.) Notwithstanding this finding, Petitioner subsequently filed a motion for leave to file an IFP appeal (Doc. 25), which the Court construed as a motion for reconsideration of its December 23, 2014 Order (Doc. 27). As Petitioner failed to raise any grounds justifying reconsideration in his motion or in his notice of appeal (Doc. 20), the Court denied the motion. (Id.)

Now, for the second time, Petitioner asks the Court to reconsider his right to appeal IFP, which is grounded in the Court's December 23, 2014 finding that there are no non-frivolous

issues to raise on appeal. He contends that "an appeal would be taken in good faith" and he is "excused from full compliance with technical procedural rules, provided there is substantial compliance." (Doc. 28.) Neither argument is persuasive, nor do they present any grounds justifying reconsideration of the merits of Petitioner's case and the related right to appeal IFP non-frivolous issues. Accordingly, Petitioner's Motion for Reconsideration is **DENIED**. (Doc. 28.)

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA