IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH CLARK PRUITT, | * | |
| Petitioner, | * | |
| v. | * | CV 114-120 |
| BRAD HOOKS, | * | |
| Respondent. | * | |

O R D E R

Presently before the Court is Petitioner Kenneth Clark Pruitt's request that the Clerk return the exhibits he submitted in conjunction with his 28 U.S.C. § 2254 motion on May 22, 2014. (Doc. 30.) Upon due consideration, the Court **GRANTS** the motion and **DIRECTS** the Clerk to return all items comprising Document 3 to Petitioner.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of April, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA