ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| KENNETH CLARK PRUITT,<br><br>Petitioner-Appellant,<br><br>vs.<br><br>WARDEN,<br>ATTORNEY GENERAL, STATE<br>GEORGIA,<br><br>Respondents-Appellees. | Case No. CV1:14-120<br>USCA NO. 15-10092-E |

### ORDER

The motion of appellant for a certificate of appealability having been **DENIED** and the motion of appellant for leave to proceed on appeal *in forma pauperis* having been **DENIED AS MOOT** in the above-styled action by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. This Court's Order of December 23, 2014, is final in all respects.

SO ORDERED, this 23rd day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA